CALDWELL LESLIE & PROCTOR, PC
DAVID K. WILLINGHAM, State Bar No. 198874
  *willingham@caldwell-leslie.com*
ANDREW ESBENSHADE, State Bar No. 202301
  *esbenshade@caldwell-leslie.com*
NOAH PEREZ-SILVERMAN, State Bar No. 260998
  *perez-silverman@caldwell-leslie.com*
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Defendant
Vahe Hayrapetian

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED SATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>VAHE HAYRAPETIAN,<br><br>  Defendant. | Case No. CR 12-960-CAS<br><br>**[PROPOSED] ORDER GRANTING VAHE HAYRAPETIAN'S MOTION FOR RETURN OF EXCESS FUNDS PAID TOWARD RESTITUTION**<br><br>**[Notice of Motion and Motion of Defendant Vahe Hayrapetian for Return of Excess Funds Paid Toward Restitution; Memorandum of Points and Authorities; Declaration of Noah Pérez-Silverman filed concurrently herewith]**<br><br>Judge: Hon. Christina A. Snyder<br>Date: April 25, 2016<br>Time: 1:30 p.m.<br>Courtroom: 5 |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Defendant Vahe Hayrapetian's Motion for Return of Excess Funds Paid Toward Restitution is GRANTED.

Defendant Vahe Hayrapetian's Restitution Obligation has been completely satisfied. Defendant Vahe Hayrapetian has paid $25,000 toward his restitution obligation, which sum constitutes an overpayment. This sum must be returned to Defendant Vahe Hayrapetian forthwith. The Court Clerk is instructed to return to Defendant Vahe Hayrapetian the sum of $25,000.

IT IS SO ORDERED.

Dated: April 25, 2016

By: *Christina A. Snyder*
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

 /s/ Noah Pérez-Silverman
NOAH PEREZ-SILVERMAN
CALDWELL LESLIE & PROCTOR
Attorneys for Defendant
Vahe Hayrapetian

cc: U.S. Probation
    Fiscal

CALDWELL LESLIE & PROCTOR

-1-