JS-3

CALDWELL LESLIE & PROCTOR, PC
DAVID K. WILLINGHAM, State Bar No. 198874
 *willingham@caldwell-leslie.com*
ANDREW ESBENSHADE, State Bar No. 202301
 *esbenshade@caldwell-leslie.com*
NOAH PEREZ-SILVERMAN, State Bar No. 260998
 *perez-silverman@caldwell-leslie.com*
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Vahe Hayrapetian

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED SATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>VAHE HAYRAPETIAN,<br><br>            Defendant. | Case No. CR 12-960-CAS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT VAHE HAYRAPETIAN'S MOTION FOR EARLY TERMINATION OF PROBATION**<br><br>**[Notice of Motion and Motion of Defendant Vahe Hayrapetian for Early Termination of Probation; Memorandum of Points and Authorities; Declaration of Andrew Esbenshade filed concurrently herewith]**<br><br>Judge:   Hon. Christina A. Snyder<br>Date:    November 14, 2016<br>Time:    1:30 p.m.<br>Courtroom: 5 |

CALDWELL
LESLIE &
PROCTOR

Case No. CR 12-960-CAS

[PROPOSED] ORDER GRANTING MOTION FOR EARLY TERMINATION OF PROBATION

Defendant Vahe Hayrapetian's Motion for Early Termination of Probation came on for hearing before this Court on November 14, 2016, at 1:30 p.m. Good cause having been shown, IT IS HEREBY ORDERED that Defendant Vahe Hayrapetian's Motion for Early Termination of Probation is GRANTED. Defendant Vahe Hayrapetian's three year term of probation is terminated, to be effective on the date of this Order.

**IT IS SO ORDERED.**

Dated: November 14, 2016

The Honorable Christina A. Snyder
Judge, United States District Court

Prepared By:

/S/

CALDWELL LESLIE & PROCTOR, PC
Attorneys for Vahe Hayrapetian